UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 97-1875-CIV-UNGARO-BENAGES
(90-389-CR-ALTONAGA)

RAMON LOPEZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/



## ORDER GRANTING IN PART MOVANT'S MOTION FOR RECONSIDERATION

THIS CAUSE is before the Court upon Movant's Motion for Reconsideration of the Order Denying Certificate of Appealability (DE 55) and the Order Denying Motion to Proceed in Forma Pauperis on Appeal (DE 56). DE 58. The Court has considered the Motion and is otherwise fully advised in the premises.

Movant's Motion to Proceed in Forma Pauperis on Appeal (DE 51) was denied on August 7, 2006, as the Court considered Movant's Notice of Appeal (DE 50) untimely. *See* DE 56. After further consideration, it is apparent that Movant timely filed his Notice of Appeal. *See* DE 49, 50; Fed. R. App. P. 4(a)(1)(B). Accordingly, it is

ORDERED AND ADJUDGED that Movant's Motion for Reconsideration (DE 58) is GRANTED IN PART, as follows:

1. The Order Denying Movant's Motion to Proceed in Forma Pauperis on Appeal (DE 56) is VACATED;

2. Movant's Motion to Proceed in Forma Pauperis on Appeal (DE 51) is GRANTED. It

is further

ORDERED AND ADJUDGED that Movant's Motion for Reconsideration (DE 58) is DENIED in all other respects.

DONE AND ORDERED in Chambers at Miami, Florida, this __11__ day of October, 2006.

                              URSULA UNGARO-BENAGES
                              UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Ramon Lopez, *pro se*